Dismissed and Memorandum Opinion filed May 24, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00272-CR

NO. 14-11-00273-CR

____________

 

JASON LEE SATTLER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District Court


Harris County, Texas

Trial Court Cause Nos. 1278288 &
1278427

 



 

MEMORANDUM
 OPINION

Appellant entered guilty pleas to possession with intent to
deliver methamphetamine and gamma-hydroxybtyrate.  In accordance with the terms
of a plea bargain agreement with the State, the trial court sentenced appellant
on March 21, 2011, to confinement for five years in the Institutional Division
of the Texas Department of Criminal Justice with the sentences to run
concurrently.  Appellant filed pro se notices of appeal.  We dismiss the appeals.


In each case, the trial court entered a certification of the
defendant’s right to appeal in which the court certified that these are plea
bargain cases, and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court’s certifications are
included in the records on appeal.  See Tex. R. App. P. 25.2(d). 
The records support the trial court’s certifications.  See Dears v. State,
154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish C Tex. R. App. P.
47.2(b)